No. 69492.—Norman G. Jensen, Inc., et al. v. United States, protests 62/11533, etc. (Minneapolis).

Opinion by Oliver, J. In accordance with stipulation of counsel that the merchandise consists of glass pellets similar in all material respects to those the subject of *Norman G. Jensen, Inc.* v. *United States* (53 Cust. Ct. 1, C.D. 2464), the claim of the plaintiffs was sustained.

No. 69493.—A. C. Gilbert Co. and Milton Snedeker Corp. v. United States, protests 64/5568, etc. (New York).

Opinion by Oliver, J. In accordance with stipulation of counsel that the merchandise consists of HO cars, rail accessories, and other articles similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), except that certain of such articles are composed of plastic material, dutiable under paragraph 397, by similitude, the claim of the plaintiffs was sustained.